COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.  SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

| | |
|---|---|
| JAY STEINMETZ, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEAVEX INCORPORATED and MARK TUCHMANN,<br><br>Defendants. | Civil Action No. MICV2010-04168-F |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446(d), Defendants BeavEx Incorporated and Mark Tuchmann (collectively, "Defendants") hereby give notice to the Superior Court of Middlesex County, Commonwealth of Massachusetts, and to the attorneys for Plaintiff Jay Steinmetz, that on December 17, 2010, Defendants filed a Notice of Removal, thereby removing this action to the United States District Court for the District of Massachusetts. A certified copy of the Notice of Removal is attached to this Notice.

Respectfully submitted,

**BEAVEX INCORPORATED and MARK TUCHMANN,**

By their attorneys,

_____
Christopher B. Kaczmarek (No. 647085)
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA  02110
617-378-6017 direct
617-378-6000 main
617-507-8046 fax
ckaczmarek@littler.com

Dated:  December 17, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December, 2010, a true and accurate copy of this document, was sent via first class mail, postage prepaid, to all parties of record.

_____
Christopher B. Kaczmarek

Firmwide:99036691

2